## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHERLENE MCCLAY | |
| | CIVIL ACTION |
| VERSUS | |
| | NO.  22-726-JWD-RLB |
| STATE FARM FIRE & CASUALTY COMPANY, ET AL. | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 3, 2023 (Doc. 36), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Complaint is dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on October 18, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**